# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff,           vs.  VICTOR TAMAYO,           Defendant. | 8:09CR66  ORDER |

This matter is before the court on the motion [35] of Glenn A. Shapiro for leave to withdraw as counsel for the defendant due to a conflict of interest. The court will grant the motion and appoint CJA Counsel Mark A. Weber.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [35] is granted, and the appearance of Glenn A. Shapiro is hereby deemed withdrawn.

2. Mark A. Weber is appointed as attorney of record for the above-named defendant. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. Counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

3. The Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Weber.

4. Arraignment on the Superseding Indictment is set for March 31, 2009 at 2:30 p.m. in Courtroom 6, Federal Building, 111 South 18th Plaza, Omaha, NE before Magistrate Judge F.A. Gossett.

**DATED March 26, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**